UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

FREDDIE PERALES,

    Plaintiff,

v.                                            No. 07-CV-908 JAP/RLP

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

## ORDER OF DISMISSAL

On June 10, 2008 the United States Magistrate Judge's Analysis and Recommended Disposition (Doc. No. 26) ("Analysis and Recommended Disposition") was filed by Magistrate Judge Richard L. Puglisi. Plaintiff filed his Objection To United States Magistrate Judge's Analysis and Recommended Disposition (Doc. No. 27) on June 20, 2008. The Court has made a *de novo* review of those portions of the Analysis and Recommended Disposition at which the objections were directed. The Court finds the Objection to be without merit. The Court further finds that the Administrative Law Judge applied correct legal standards and substantial evidence supports his decision.

**IT IS ORDERED THAT**

1. The Analysis and Recommended Disposition of the United States Magistrate Judge is adopted by this Court,

2. The Plaintiff's Motion to Reverse and Remand For A Rehearing is denied,

3. The decision of the Commissioner of Social Security is affirmed, and

4. This case is dismissed.

_____
UNITED STATES SENIOR DISTRICT JUDGE